# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                          :   No. 751
                                                :
DESIGNATION OF CHAIR AND VICE-       :   SUPREME COURT RULES
CHAIR OF THE JUVENILE COURT          :
PROCEDURAL RULES COMMITTEE           :


## ORDER


**PER CURIAM**

    **AND NOW**, this 16th day of November, 2017, the Honorable Jennifer R. Sletvold is hereby designated as Chair, and the Honorable R. Stephen Barrett is designated as Vice-Chair, of the Juvenile Court Procedural Rules Committee, commencing February 1, 2018.